APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 8, 1908, which affirmed an order of Special Term overruling a preliminary objection to a motion to compel payment of referee's fees.

*James Harmon* and *Joseph P. Schattner* for appellant.

*Guy B. Moore* for respondent.

Appeal dismissed, without costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

ELIZABETH SCHOENHUT, Respondent, *v.* ALBERT SCHOENHUT, Appellant.

*Schoenhut* v. *Schoenhut*, 123 App. Div. 913, appeal dismissed.
(Argued April 1, 1909; decided April 27, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 8, 1908, which affirmed an order of Special Term granting a motion to compel defendant to pay referee's fees.

*James Harmon* and *Joseph P. Schattner* for appellant.

*Guy B. Moore* for respondent.

Appeal dismissed, without costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.